UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

SUMBA HUTSON

                       Plaintiff

       -against-                    AFFIDAVIT OF SERVICE
                                            CV-07 9356

THE CITY OF NEW YORK, et al.

                    Defendants
--------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF KINGS)    ss:

       MICHAEL COLIHAN, an attorney duly licenced to practice before all the Courts of, being duly sworn, deposes & says:

       1. I am over eighteen years of age and reside in the state of New York.

       2. On October 24, 2007 at approximately 11:01am at 100 Church Street, NY, NY 10007  I served the Summons and Complaint herein upon the defendant THE CITY OF NEW YORK, by delivering a true copy of each to TAMIKA MEDES GAMMER a person of suitable age & discretion, who represented she was authorized to accept same. Said premises is defendant's actual place of business.

       3. Your affirming further describes said Ms., Medes- Gammer, as follows: Black Female about 25 years in age, 5' 7" in height, approximately 120 lbs, with dark brown hair.

                                            _____/s/_____
                                            MICHAEL COLIHAN

Affirmed under penalties of perjury this 25th day of October, 2007.