UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SUMBA HUTSON,

                                 Plaintiff,      **NOTICE OF APPEARANCE**

           -against-

THE CITY OF NEW YORK & POLICE OFFICER JOHN     07 CV 9356 (GBD)
DOE,

                                Defendants.

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Stuart E. Jacobs**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action.

Dated: New York, New York
       November 14, 2007

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel
                                            of the City of New York
                                            Attorney for Defendant City of New York
                                            100 Church Street, Rm. 3-311
                                            New York, New York 10007
                                            (212) 788-0899

                                By: _____
                                    Stuart Jacobs (SJ 8379)
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division

To:    <u>BY ECF</u>
        Michael Colihan, Esq.