

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 6 2007

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STUART E. JACOBS
phone: (212) 788-0899
fax: (212) 788-9776
email: sjacobs@law.nyc.gov

**SO ORDERED**

The conference is adjourned to February 7, 2008 at 9:30 a.m.

November 13, 2007

NOV 1 6 2007

*George B Daniels*

HON. GEORGE B. DANIELS

BY FAX (212) 805-6737
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Hutson v. City of New York et al., 07 CV 9356 (GBD)

Dear District Judge Daniels:

I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel for the City of New York assigned to the above-referenced case. I am writing to respectfully request that (1) the City be granted a sixty-day enlargement of time, from November 13, 2007 to January 14, 2008, to answer or otherwise respond to the complaint, and (2) that the initial conference currently scheduled for January 10, 2008 at 9:30 a.m., be adjourned to a later date. I attempted to contact Plaintiff's counsel, Michael Colihan, Esq., numerous times throughout the day, however I was unable to speak with him. This is City's first request for an enlargement of time in this action.

The complaint alleges, *inter alia*, that plaintiff, Samba Hutson, was falsely arrested and falsely imprisoned. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. To this end, the City will need to obtain releases from plaintiff to access the underlying arrest, and criminal court records regarding this action as well as medical releases for any injuries claimed by plaintiff. The enlargement of time will therefore afford us the opportunity to investigate the matter.

In view of the foregoing, it is respectfully requested that the Court (1) grant the within request extending the City's time to answer or otherwise respond to the complaint until January 14, 2008, and (2) that the initial conference currently scheduled for January 10, 2008 at 9:30 a.m., be adjourned to a later date convenient to the Court.

Thank you for your consideration in this regard.

Respectfully submitted,

Stuart E. Jacobs (SJ 8379)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY FAX (718) 488-7788
Michael Colihan, Esq.
44 Court Street, Room 911
Brooklyn, New York 11201
(718) 488-7788