USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 0 2008



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STUART E. JACOBS
phone: (212) 788-0899
fax (212) 788-9776
email sjacobs@law.nyc.gov

June 9, 2008

**SO ORDERED**
The conference is adjourned to
July 30, 2008 at 9:30 a.m.

JUN 1 0 2008  *George B. Daniels*
**HON. GEORGE B. DANIELS**

**BY FAX**
Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Hutson v. City of New York et al., 07 CV 9356 (GBD)

Dear District Judge Daniels:

    I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the above-referenced case. I write on behalf of defendant City of New York (1) to respectfully request that the Court extend the deadline for the close of discovery by thirty (30) days, from June 30, 2008, to July 29, 2008 and (2) the Court adjourn the conference currently scheduled for June 12, 2008 at 9:30 a.m. to a date after July 29, 2008. This is the first request for an extension of the discovery deadline and adjournment of the conference, and is made with the consent of plaintiff's counsel, Michael Colihan, Esq.

    To date, the parties have been engaged in document discovery. Additionally, plaintiff has provided the defendant with a settlement demand, and the defendant is in the process of obtaining settlement authority in order to resolve this matter. The adjournment of the conference and extension of discovery will allow the parties to further explore settlement, prior to expending the resources of conducting further discovery. If the parties are unable to resolve the case through settlement, the enlargement of time will permit the parties to complete the outstanding discovery in this action.

    For the reasons set forth above, the parties request that (1) to respectfully request that the Court extend the deadline for the close of discovery by thirty (30) days, from June 30, 2008, to July 29, 2008 and (2) the Court adjourn the conference currently scheduled for June 12, 2008 at 9:30 a.m. to a date after July 29, 2008.

Respectfully submitted,

Stuart Jacobs (SJ 8379)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY FAX (718) 488-7788
Michael Colihan, Esq.
44 Court Street, Room 911
Brooklyn, New York 11201
(718) 488-7788

2